**Order filed, May 16, 2018.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-18-00291-CV**
_____

**AVIAD HAZAN, Appellant**

**V.**

**HOMETOWN BANK, N.A., G. WILLIAM RIDER, KAFI, INC., AND LIAO HSIU YUAN WU, D/B/A JW PROPERTIES, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-52078**

---

## ORDER

The reporter's record in this case was due May 14, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter of the 281st District Court to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM